UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Cherry Dakota Basnight                  Docket No. 2:11-CR-48-2F

### Petition for Action on Supervised Release

COMES NOW Melissa K. Gonigam, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Cherry Dakota Basnight, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute 280 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on September 7, 2012, to the custody of the Bureau of Prisons for a term of 80 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On March 23, 2015, pursuant to the granting of Basnight's motion under 18 U.S.C. § 3582(c)(2), the defendant's sentence of imprisonment was reduced to 56 months.

Cherry Dakota Basnight was released from custody on October 20, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 29, 2016, Basnight submitted to urinalysis that tested positive for marijuana. On December 16, 2016, the undersigned probation officer confronted the defendant regarding the violation. Basnight signed an admission form indicating he used marijuana on November 26, 2016.

As a sanction for the violation, the probation officer respectfully recommends the conditions of supervised release be modified to include the DROPS Program at the second use level.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

Cherry Dakota Basnight
Docket No. 2:11-CR-48-2F
Petition For Action
Page 2

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Gonigam
Melissa K. Gonigam
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: (252) 830-2345
Executed On: December 20, 2016

## ORDER OF THE COURT

Considered and ordered this __21__ day of __December__, 2016, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge